474 A.2d 656

Commonwealth v. Mason, Appellant.

Submitted November 18, 1983. Peter V. Marks Sr. for appellant; Jane Cutler Greenspan, Assistant District Attorney, for Commonwealth, appellee.

Before McEWEN, HESTER and LIPEZ, JJ.

Judgment of sentence affirmed.